PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 4:09CR00227-01 BSM |
| DOCKET NUMBER *(Rec. Court)* | 3:12-00124 |

IN CLERK'S OFFICE
U.S. DISTRICT COURT
MID. DIST. TENN.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT Eastern District of Arkansas | DIVISION Western |
|---|---|---|
| Milton Lionel Hill 3428 Kingfisher Drive Clarksville, Tennessee 37042 | NAME OF SENTENCING JUDGE Brian S. Miller | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/24/2010 / TO 09/23/2013 |

OFFENSE

Interference with Flight Attendants

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF ARKANSAS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 7-29-7012 | B. Sill |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7-6-12 | |
|---|---|
| *Effective Date* | *United States District Judge* |