PROB 12A
(Rev. 5/2011)

# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

**Name of Offender:** Milton Hill     **Case Number:** 3:12-00124

**Name of Sentencing Judicial Officer:** Honorable Brian S. Miller, U.S. District Judge, Eastern District of Arkansas; transferred to the Honorable Aleta A. Trauger, U.S. District Judge

**Date of Original Sentence:** September 24, 2010

**Original Offense:** Interference with Flight Attendants

**Original Sentence:** Three years' probation

**Type of Supervision:** Probation     **Date Supervision Commenced:** September 24, 2010

**Assistant U.S. Attorney:** Not Assigned     **Defense Attorney:** Latrece Gray

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 19th day of Oct., 2012,
and made a part of the records in the above case.

*(signed)* Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

*(signed)* Lisa L. House
U.S. Probation Officer

Place     Clarksville, TN

Date     October 19, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state or local crime.** Milton Hill was arrested in Clarksville, Tennessee, on September 14, 2012, for the offenses of Driving Under the Influence, Implied Consent, and Speeding. These charges are currently set for trial in Montgomery County General Sessions Court on December 4, 2012. |

### Compliance with Supervision Conditions and Prior Interventions:

Milton Hill was sentenced in the Eastern District of Arkansas on September 24, 2010, to three years' probation for the offense of Interference with Flight Attendants. Supervision was immediately transferred to the District of Nevada. Supervision was transferred from the District of Nevada to the Middle District of Tennessee in April 2011. Jurisdiction was transferred to the Middle District of Tennessee effective July 12, 2012. Mr. Hill is currently employed at Broadway Electric, earning approximately $3,000 per month. He has a remaining restitution balance of $225. He has been instructed to pay the remaining balance in full immediately.

### U.S. Probation Officer Recommendation:

Mr. Hill will be enrolled in outpatient substance abuse treatment and testing. Should he fail to submit to treatment as directed or if there are any additional law violations, a separate petition will be prepared with a request for revocation proceedings to be initiated.

This case has been discussed with Assistant U.S. Attorney Jimmie Lynn Ramsaur who agrees with the probation officer's current recommendation.

Approved: _/s/ Vidette Putman_  
Vidette Putman  
Supervisory U.S. Probation Officer